**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1750**

MAKARAND BIDWAI,

Plaintiff – Appellant,

v.

HILDA L. SOLIS, U.S. Secretary of Labor & her Designee, the ARB, the OALJ; M. PATRICIA SMITH, U.S. Labor's Solicitor's Office (for her subordinates); DAN DALY, U.S. Labor's WHD FoIA (and his subordinates); PG COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION; JOHN DOE 1, PGCPS; JANE DOE 1, PGCPS; JOHN DOE 2, PGCPS; JANE DOE 2, PGCPS; PGCEA-MSTA/NEA; JOHN DOE 3; JANE DOE 3; NANCY J. LEPPINK, US Labor's WHD Ex (Deputy) Administrators and her Designees; DIANE C. KOPLEWSKI, US Labor's WHD Ex Immigration Branch Chief; GEORGE G. FERENCE, US Labor's WHD Regional Administrator; DANIEL J. CRONIN, US Labor WHD Ex District Director; JOHN R. KELLY, US Labor WHD Ex District Director; BEZARAH B. GAITHER, US Labor WHD Ex District Director; MARYLAND STATE EDUCATORS ASSOCIATION

Defendants – Appellees,

and

MARY BETH MAXWELL, U.S. Labor's WHD (Deputy) Administrator,

Defendant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. J. Frederick Motz, Senior District Judge. (8:12-cv-03680-JFM)

Submitted: October 22, 2013      Decided: October 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Makarand Bidwai, Appellant Pro Se. Geoffrey Forney, UNITED STATES DEPARTMENT OF JUSTICE, Glenn Matthew Girdharry, Senior Litigation Counsel, Washington, D.C.; Jeffrey Elliot Rockman, SEROTTE, ROCKMAN & WESCOTT, PA, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Makarand Bidwai appeals the district court's orders dismissing his civil action alleging numerous statutory and constitutional violations for failure to state a claim and denying his Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bidwai v. Solis, No. 8:12-cv-03680-JFM (D. Md. Apr. 9 & June 3, 2013). We deny Bidwai's motion for judicial notice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED